UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARCEL D. THOMPSON, #43396 | ) ) ) | |
| Plaintiff, | ) ) | 3:10-cv-00272-ECR-RAM |
| vs. | ) ) | |
| NEVADA DEPARTMENT OF CORRECTIONS MEDICAL, *et al.*, | ) ) ) | **ORDER** |
| Defendants. | ) ) | |

This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983. On July 15, 2010, the court granted plaintiff leave to proceed *in forma pauperis* (docket #3). In the same order, plaintiff was directed to file an amended complaint to cure the deficiencies of the original complaint (*id.*). The court expressly warned plaintiff that failure to respond to this court's order would result in dismissal of this action. The order was served on plaintiff at his address of record.

More than the allotted time has elapsed and plaintiff has not responded to the court's order in any manner. Accordingly, this entire action is dismissed for failure to comply with the court's order.

1 **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT**
2 **PREJUDICE** for the failure of plaintiff to file an amended complaint.  The Clerk shall **ENTER**
3 **JUDGMENT** accordingly and close this case.

DATED this 8th day of September, 2010.

_Edward C. Reed._
UNITED STATES DISTRICT JUDGE